UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKE MARIE BROUSSARD,<br>DIPLOMATE INFINITE LIGHT, LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>MR. STEPHEN MATHIAS; CHEUNG KONG HUTCHINSON HOLDINGS; PACIFIC CENTURY GROUP; CRIMINAL THIRD PARTIES AND OPERATIVE, MAFIA; CHAIRMAN VICTOR LI and M; RICHARD LI; PHOENIX CHEUNG,<br><br>                    Defendants. | 24-CV-0121 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 24, 2024, the Court granted Plaintiff's motion for permission for electronic case filing. The Court granted the motion based on Plaintiff's affirming that she completed the Court's CM/ECF introduction course on January 4, 2024, and that she understood her obligation to comply with the requirement that she file her documents electronically and not submit any documents to the Pro Se Intake Unit for scanning and docketing. (*See* ECF 1 ¶¶ 2, 5.)

Since the Court granted this motion, Plaintiff has submitted several documents for filing to the undersigned's chambers' email. As Plaintiff is required to submit her documents electronically, these documents will not be filed on ECF or addressed by the Court. Should Plaintiff seek assistance in filing her documents electronically, she must contact the ECF Help Desk at (212) 805-0800. If Plaintiff continues to submit documents to the undersigned's chambers' email, the Court will vacate its order granting Plaintiff permission to file documents electronically.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 12, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge