UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKE MARIE BROUSSARD, DIPLOMATE INFINITE LIGHT, LLC,<br><br>                     Plaintiff,<br><br>-against-<br><br>MR. STEPHEN MATHIAS; CHEUNG KONG HUTCHINSON HOLDINGS; PACIFIC CENTURY GROUP; CRIMINAL THIRD PARTIES AND OPERATIVE, MAFIA; CHAIRMAN VICTOR LI and M; RICHARD LI; PHOENIX CHEUNG,<br><br>                     Defendants. | 24-CV-0121 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 24, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 27, 2024
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge